Memorandum Decisions.

(Supreme Court of Florida, *En Banc*, January Term, 1910.)

Park Trammell, Attorney General, for the motion.

No counsel contra.

Writ of Error to the Circuit Court for Baker County; J. T. Wills, Judge.

Writ of error dismissed on motion of Attorney General.

---

Cosmopolitan Fire Insurance Co., Plaintiff in Error, v. J. A. Putnal, Defendant in Error.

Hendry & McKinnon and Frazier & Mabry, for Plaintiff in Error.

No appearance for Defendant in Error.

Writ of Error to the Circuit Court for Taylor County; B. H. Palmer, Judge.

Writ of error dismissed before the Clerk on praecipe of counsel for Plaintiff in Error.

---

Cosmopolitan Fire Insurance Co., Plaintiff in Error, v. J. A. Putnal, Defendant in Error.